Edith Ellison, Appellant, v. Frank Adams, Appellee.

Appeal from an Order of the Circuit Court for Orange County.

Appeal dismissed on praecipe of counsel for appellant, September 4, 1914.

T. E. Wilson and Davis & Giles, for Appellant;

C. B. Robinson and L. C. Massey, for Appellee.

———

Erastus Barnard, appellant, v. Francis M. King, *et al.*, Appellees.

Appeal from Orders of the Circuit Court for Pinellas County.

Appeal dismissed on praecipe of counsel for appellant, August 3, 1914.

Herman Merrell, for Appellant;

McMullen & McMullen, for Appellees.

———

Minnie Garrity *et al.*, Appellants, v. The Riverside Park Company, *et al.*, Appellees.

Appeal from a Decree of the Circuit Court for Volusia County.

Appeal dismissed on praecipe of counsel for appellants, July 17, 1914.

Stewart & Stewart and F. M. Durrance, for Appellant.

———

Daytona Bridge Company, a Corporation, *et al.*, Appellants, v. City of Daytona, Appellee.